■ JOHN ZUPAN et al., Respondents, v ALLSTATE INSURANCE COMPANY, Appellant, et al., Defendant. [881 NYS2d 360]—Appeal from an order and judgment (one paper) of the Supreme Court, Oneida County (Samuel D. Hester, J.), entered June 4, 2008. The order and judgment denied the motion of defendant Allstate Insurance Company for summary judgment and granted the cross motion of plaintiffs for summary judgment.

It is hereby ordered that the order and judgment so appealed from is unanimously affirmed without costs. Present—Hurlbutt, J.P., Smith, Centra, Pine and Gorski, JJ.